```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 24369
  JUAN CARLOS GONZALEZ
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-4773


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 12/28/07 and confirmed on 04/18/08.

   2.  The case was dismissed after confirmation, 09/05/2008.

   3.  The Debtor paid a total of $    1815.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
CHASE HOME FINANCE         NOTICE ONLY              .00         .00            .00
CHASE HOME FINANCE         MORTGAGE ARRE            .00         .00            .00
SAXON MORTGAGE SERVICES    SECURED                  .00         .00            .00
SAXON MORTGAGE SERVICES    MORTGAGE ARRE       9530.03         .00            .00
DIRECT MERCHANTS CREDIT    UNSECURED        NOT FILED          .00            .00
FIRST PREMIER BANK         UNSECURED        NOT FILED          .00            .00
HSBC                       UNSECURED        NOT FILED          .00            .00
TARGET                     UNSECURED        NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED            266.51         .00            .00
ASSET ACCEPTANCE CORP      UNSECURED            191.75         .00            .00
           Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9530.03         .00       458.26       .00       9988.29
PRINCIPAL PAID           .00        .00          .00       .00            .00
INTEREST PAID            .00        .00          .00       .00            .00
TOTAL PAID               .00        .00          .00       .00            .00
The Debtor's attorney, PATRICK A MESZAROS          , was allowed $    3500.00
and was paid $    326.00  direct and $   1709.73  through the plan.

The Trustee received $     105.27 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 12/17/08                    /s/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE